■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELIUS PULLIAM, Appellant. [784 NYS2d 404]—Appeal from a judgment of the Supreme Court, Erie County (Richard C. Kloch, Sr., A.J.), rendered November 7, 2001. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Scudder, Martoche and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS EVANS, Appellant. [784 NYS2d 405]—Appeal from a judgment of the Niagara County Court (Mark A. Violante, A.J.), rendered September 4, 2002. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Scudder, Martoche and Lawton, JJ.